26 December 2014

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

Hon. Fourth Court of Appeals Clerk
CADENA- REEVES Justice Center
300 Dolorosa, Suite 3200
San Anto, Tx 78205-3037

RE: Extention-Notice of Access to Court Violations
COA Case No. 04-14-00412-CR
Tri ct. No. 2013-CR-6698

Robert Martinez, Pro Se
BCADC SID No. 327074
TDCJ ID No. 1931397
200 N. Comal
San Anto, Tx 78207

VIA U.S. MAIL

Greetings!

Enclosed please find my Extention of time to file PDR with SERIOUS NOTICE OF ACCESS TO COURT VIOLATION(S).

Please bring such to the Attention of the Courts.

Thank you.

In Hoc

cc: file

No 04-14-00412-CR

26 Dec. 2014

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT OF TEXAS

AT SAN ANTO., TEXAS

Robert Martinez
Appellant, Pro Se

V

THE STATE OF TEXAS
Appelle

Trial Court No 2013-CR-6698
Bexar County

---

Request for Extention of time To file P.D.R. with Special Notice of Serious Access to Court Violations Transport from TDC to BCADC — Seperation of legal work

---

TO THE HONORABLE COURT OF APPEALS:

Comes Now Robert Martinez, BCADC SID. No. 327074, TDCJ ID No. 1931397, hereinafter "Appellant", Pro Se, And Files this his Request for Extention of Time to file P.DR with Special NOTICE of Serious Access to Court Violations Transport from TDC to BCADC — Seperation of legal work AND would show the Courts the following

1. Appellant deadline for filing his Petition for Discretionary Review is Dec. 22, 2014. Appellant is incarcerated and continues to encounter serious Access to Court violations and request this extention in Good Faith and not for reasons of delay.

2. Appellant on Dec 17, 2014 was relocated from the Texas Dept. of Criminal Justice, Lopez State Jail facility, Hidalogo County Texas to Bexar County Adult Detention Center "BCADC"

3. Appellant on Dec. 20, 2014 made Notice to this Hon. 4th Court of Appeals Justice   see exhibit A
* NOTICE OF ADDRESS CHANGE
* Access to Court Violations
* Seperation from All legal work

4. Appellant will continue to complain of Appointed Counsel(s) Yolanda T. Huff, esq., Charles J. Bunk, esq., and appointed counsel on Appeal E. Shaugnessly III and there deliberate denial of legal papers, files, and entering into a illegal, uninformed Negotiations with the Prosecuting Attorney and papers not being allowed to Appellant without NOTICE.

2

5. On Dec. 23, 2014 Appellant was advised by Bexar County Law Library officer that the Bexar County Law Library Writ Room and research area will be closed for (2) two weeks.
See exhibit B - Bexar County Adult Detention Center Grievance

6. Appellant will continue to utilize the State Bar of Texas to obtain Necessary papers from Counsels named in paragraph No 4 above. The deliberate denial of his file(s), complete and true, continues to seriously impead Appellant filing

7. On Dec 18, 2014 Appellant was seperated from his legal files 4 or 5 hours later given a Inmate Personal Property Inventory List. See exhibit C at this writing Appellant has been unable to gain complete access to his files, importantly papers for filing with this Court

8. On Dec. 26, 2014 Appellant filed a BCADC grievance on denial to Legal files, No inventory by T.D.C.J officials, chain of custody errors. Appellant continues

3.

to utilize the necessary procedures to gain access to his files — see exhibit D (2 pages) Pink Copy retained by Inmate. At the Need for redundancy please read exhibit D

9. On Dec. 22, 2014, Appellant filed "BCADC" property Realse form see exhibit E form 351-011 (Revised Sept. 89) At this writing Appellant has NOT been granted full Access to his legal files

10. On Dec. 19, 2014, Appellant was escorted And allowed to look into one bag. Furthermore Appellant was advised he could Not take All his papers "It's to much". Appellant's files And papers Are out of order. Appellant has been unable to locate the papers, work, P.D.R. he intended to file with This Court.

11. Appellant has made Several Notices, filed Numerous documents Attesting with clear And Convincing evidence of the repeated Access to Court Violations Appellant has been unsuccessful in gaining relief, help in correcting this Serious Constitutional violations Which Are part of his claim(s).

4

12. Appellant has been unsuccessful w obtaining from Counsel(s) Shaughnessy III, C. Bunk, and Y.T. Huff, Ms. Huff withdraw of Counsel motion and the Courts Order granting her withdraw. These documents are necessary for this court proper reviewal. but not limited to

13. Appellant has been unsuccessful in obtaining his Pro Se motion for New Trial, the Dist Clerk's office, C Bunk, esq, and Shaughnessy III refused and ignore Appellant vociferous pleas, but not limited to. Necessary for this Courts' proper review.

14. Appellant is a United States Citizen, of indigent status unable to secure and or retain counsel of his choosing. Appellant is not a lawyer or ever formaly trained in and law and seek equal and fair access to the courts. Appellant believes his U.S. Const protected right to redress the Courts has been repeatedly violated.

5

15. The "BCADC" Law Library will be closed for (2) two weeks Appellant at this writing unable to secure his legal papers. Appellant seeks this Courts judicial power to assist him meaningful access to the Courts and access to his legal work. Appellant seeks this court to invoke its powers to protect Appellant U.S. Const. Rights.

Appellant prays he be granted a (60) sixty day extension and this court ORDER that the BCADC Law Library afford meaningful Law Library writ room access. Appellant through no fault of his own has been seperated from his legal work. his legal work made to become out-of order, illogical and seeks this court to invoke its judicial powers to protect Appellants U.S. Const Rights

Respectfully submitted
In Pro.

cc: file

6

## UNSWORN DECLARATION BY INMATE

I, _Robert Martinez_ , SID _3270074_, TDC No. _1931397_,

Pro Se, Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the _26_ day of _December_ ,_2014_.

_____

Defendant

20 December 2014

Hon 4th Court of Appeals Justices

RE: Seperation from All legal-work
     Access to Court Violation
     NOTICE OF Address Change
     Trial Court No 2013CR-6698
     Court of Appeals No 04-14-00412
     Robert MARTINEZ, ProSe
     TDCJ ID No 1931397
     BCADC SID No 327074
     200 N Comal
     San Anto, TX 78207

VIA US Mail

Greeting

On Thursday Dec 18th, 2014 I was transported from Lopez State Jail TDCJ, to Bexar County Jail. At this Writing I have Not been granted access to All my legal documents file(s) Please Note the New address Above Captioned I am due a PDR on 22 Dec 2014 Requesting more time I must go through the Property Dept before I Am granted access to my property,

In Hoc

cc: file

Page 1 of

COPY

Exhibit A

# BEXAR COUNTY ADULT DETENTION CENTER BCADC

## INMATE'S GRIEVANCE FORM

Exhibit B

NAME Robert Martinez  SID # 327074  DOB 03-12-1964

DATE 26 Dec 2014  INCIDENT DATE/ TIME Dec. 23 2014  11:30 a.m  HOUSING UNIT BG-27

State incident or problem as clearly and briefly as possible. (use additional forms or plain paper if necessary.) Place form in the box marked Grievance, the unit mail box or give to Living Unit Officer. You will receive your response through the mail. You can obtain additional grievance forms from Living Unit Officer. Do not attach any items or materials to grievance form.

On Dec 23, 2014 I was advised by Law Library personal that the Law Library Writ Room will be closed for (2) two weeks. I Am my own Attorney in Fact Pro Se litigant And releive sut to be a Serious Access to Court Violation. I have time barred, time sensitive filing deadlines. Additionally Allowed only one hour - meaningless Law Library Access. I presently have Active litigation by Copy to 4th Court of Appeals

PROPOSED SOLUTION TO PROBLEM Meaningful LAW Library Writ Room Access

_____
INMATE'S SIGNATURE

*****************FOR OFFICIAL USE ONLY * DO NOT WRITE BELOW THIS LINE *****************

RECEIVED BY_____ DATE_____ CASE #_____ CODE_____

_____ INVESTIGATED BY_____
_____ REFERRED TO _____ DATE_____
_____ REJECTED (Include rational for reject in response)
_____ NO ACTION REQUIRED (Include reason in response)

### GRIEVANCE SUMMARY RESPONSE

_____
_____
_____
_____
_____

PROCESSED BY_____  REVIEWED BY _____
          Grievance Officer                    Grievance Supervisor
                                        Date:_____

GREEN COPY TO FILE
WHITE COPY TO REFERRED SECTION
GOLD COPY RETURNED TO INMATE WITH RESPONSE
PINK COPY RETAINED BY INMATE

FORM 351-44 (8-11)

# INMATE PERSONAL PROPERTY INVENTORY LIST

| DATE: 12-18-14 | INMATE'S NAME (LAST NAME, FIRST NAME, MI) MARTinez Robert JR | SID# 327074 | HOUSING ASSIGN.# | BAG/LOCATION # |
|---|---|---|---|---|

| REASON FOR PROCESSING: | ☐ DISCIPLINARY DETENTION | ☐ INTENSIVE SUPERVISION | ☐ CONFISCATED PROPERTY | ☐ LOSS OF PRIVILEGES | ☐ EXCESSIVE PROPERTY | ☐ OTHER: (SPECIFY) _____ |
|---|---|---|---|---|---|---|

| PERSONAL ITEMS | N | U | AMOUNT | EXCESS | PERSONAL ITEMS | N | U | AMOUNT | EXCESS | PERSONAL ITEMS | N | U | AMOUNT | EXCESS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Relig. Medallion | | | | | Chips | | | | | 1/2 Bag | | | | |
| Tennis Shoes | | | | | Candy | | | | | | | | | |
| Bible | | | | | Coffee | | | | | Legal | | | | |
| Legal Papers | | | | | Cookies | | | | | Papel | | | | |
| Books | | | 3 | | Crackers | | | | | Work | | | | |
| Magazines | | | | | Hot Chocolate | | | | | | | | | |
| Colored Pencils | | | | | Chips | | | | | Photo Album | | | 1 | |
| Envelopes (Plain) | | | | | Radio | | | | | w/Asst Pic | | | | |
| Stamped Envelopes | | | | | Earphones | | | | | | | | | |
| Stamps | | | | | 2 w/Shots | | | 2 | | | | | | |
| Letters | | | | | White T | | | 1 | | *TEMPORARY STORAGE OF T.V.* | | | | |
| Paper/Tablets | | | | | Shirt | | | | | BRAND: | | | | |
| Pictures | | | | | | | | | | SERIAL NO: | | | | |
| Pens/Pencils | | | 1 | | | | | | | NOTE: ISSUED ITEMS, SUCH AS SOAP, SALT, PEPPER, TOILET PAPER, WILL NOT BE PLACED IN INMATES PROPERTY. | | | | |
| Hankerchiefs (Art) | | | | | | | | | | | | | | |

## CHAIN OF CUSTODY RECEIPT

| INITIAL RECEIPT | | TIME: | DATE: 12-18-19 |
|---|---|---|---|
| TURNED IN BY: _____ SIGNATURE OF INMATE | INVENTORIED/RECEIVED BY: _____ INVENTORY OFFICER'S NAME/BADGE# | RUIR OFFICER'S SIGNATURE | |

| TURN IN OF PROPERTY FOR STORAGE | | TIME: | DATE: |
|---|---|---|---|
| TURNED IN BY: RUIR OFFICER'S SIGNATURE/BADGE# | RECEIVED BY: PROPERTY OFFICER'S NAME/EMPLY# | PROPERTY OFFICER'S SIGNATURE | |

| PROPERTY TURNED OVER FOR ISSUE | | TIME: | DATE: |
|---|---|---|---|
| RELEASED BY: PROPERTY OFFICER'S SIGNATURE/EMPLY# | RECEIVED BY: RECEIVING OFFICER'S NAME/BADGE# | RECEIVING OFFICER'S SIGNATURE | |

| PROPERTY RETURNED TO INMATE | | TIME: | DATE: |
|---|---|---|---|
| INVENTORIED/RELEASED BY: OFFICER'S SIGNATURE/BADGE# | RECEIVED BY: INMATE'S NAME/SID# | INMATE'S SIGNATURE | |

| DISTRBUTION: | ORIG - PROPERTY/FILE | YELLOW - OFC. RECEIPT | GREEN - OFC. RECEIPT | PINK - INMATE | BCSO Form 351-024 Rev 03/96 |
|---|---|---|---|---|---|

# BEXAR COUNTY ADULT DETENTION CENTER "BCADC"
## INMATE'S GRIEVANCE FORM

NAME Robert Martinez  SID # 327074  DOB 3-12-64

(Friday)
DATE 26 Dec 2014  INCIDENT DATE/TIME Dec. 18, 2014 ≈ 9:00 A.m. (T.D.C.J.)  HOUSING UNIT BG-27

Exhibit D

State incident or problem as clearly and briefly as possible. (use additional forms or plain paper if necessary.) Place form in the box marked Grievance; the unit mail box or give to Living Unit Officer. You will receive your response through the mail. You can obtain additional grievance forms from Living Unit Officer. Do not attach any items or materials to grievance form. ON Dec. 18, 2014 I was transported from T.D.C.J. Lopez State Jail to the "BCADC". My property WAS NOT INVENTORED by T.D.C.J. correctional facility officers. I was advised we don't have time. "there are here for you." My property was eventually incorrectly inventoried by BCADC transport officers. AT THIS writing I have been unable to secure Legal documents which ARE NECESSARRY for legal filing. Note, missing legal document ARE TIME SENSITIVE, TIME BARRED, LEGAL Documents I have been Allowed ACCESS to one bag. NOTICE, dated 12-18-2014 Inmate Personal

PROPOSED SOLUTION TO PROBLEM: property Inventory list does not include personal hygiene, bible, etera... NOTE ON Dec. 22, 2014 I requested on Form 351-011 (Revised Sept. 89) (SEE Page 2)

INMATE'S SIGNATURE

***************** FOR OFFICIAL USE ONLY ★ DO NOT WRITE BELOW THIS LINE ★ *****************

RECEIVED BY_____ DATE_____ CASE #_____ CODE_____

_____ INVESTIGATED BY_____
_____ REFERRED TO _____ DATE _____
_____ REJECTED (Include rational for reject in response)
_____ NO ACTION REQUIRED (Include reason in response)

### GRIEVANCE SUMMARY RESPONSE

_____

_____

_____

_____

_____

PROCESSED BY_____  REVIEWED BY _____
Grievance Officer                         Grievance Supervisor
                                          Date:_____

GREEN COPY TO FILE
WHITE COPY TO REFERRED SECTION
GOLD COPY RETURNED TO INMATE WITH RESPONSE
PINK COPY RETAINED BY INMATE

FORM 351-44 (8-11)

# BEXAR COUNTY ADULT DETENTION CENTER "BCADC"
## INMATE'S GRIEVANCE FORM

Exhibit D

NAME Robert Martinez  SID # 327074  DOB 3-12-64

(Friday) DATE 26 Dec 2014 INCIDENT DATE/ TIME Dec. 18, 2014 ≅ 9.00 Am. (TDCJ.)  HOUSING UNIT BG-27

State incident or problem as clearly and briefly as possible. (use additional forms or plain paper if necessary.) Place form in the box marked Grievance, the unit mail box or give to Living Unit Officer. You will receive your response through the mail. You can obtain additional grievance forms from Living Unit Officer. Do not attach any items or materials to grievance form. Access to my T.DC.J. Commissary bag where in part more of my legal work exist. Necessary for filing. At this writing unable to gain access. Within form 351-011 additionally Access to include legal work, Art supplies, books, pictures

BCSO FORM 351-024 Rev 03/96 chain of custody Receipt incorrect, incomplete, I was seperated from bags was allowed to keep food. Pink CC! Fourth Court of Appeals COA. Case No. 04-14-00412 CR Tr'ct. No 2013-CR-6698

PROPOSED SOLUTION TO PROBLEM Assistance And access to my Necessary legal papers for filing.

_____
INMATE'S SIGNATURE

***************** FOR OFFICIAL USE ONLY * DO NOT WRITE BELOW THIS LINE ******************

RECEIVED BY_____ DATE_____ CASE #_____ CODE _____

_____ INVESTIGATED BY_____
_____ REFERRED TO _____ DATE _____
_____ REJECTED (Include rational for reject in response)
_____ NO ACTION REQUIRED (Include reason in response)

### GRIEVANCE SUMMARY RESPONSE

_____
_____
_____
_____
_____
_____

PROCESSED BY_____  REVIEWED BY _____
Grievance Officer              Grievance Supervisor
                               Date:_____

GREEN COPY TO FILE
WHITE COPY TO REFERRED SECTION
GOLD COPY RETURNED TO INMATE WITH RESPONSE
PINK COPY RETAINED BY INMATE

FORM 351-44 (8-11)

## BEXAR COUNTY ADULT DETENTION CENTER PROPERTY RELEASE FORM

MARTINEZ Robert

INMATES NAME

327074

SID NUMBER

'22 Dec 2014

DATE/TIME

SELF (SAME AS above)

NAME OF PERSON TO RECEIVE PROPERTY

SELF

RELATIONSHIP

TDL#/ID#

I HEREBY AUTHORIZE THE RELEASE OF _____

_____

FROM MY PERSONAL PROPERTY TO THE ABOVE NAMED INDIVIDUAL FOR THE PURPOSE OF Legal

Work, Art supplies, books, pictures

INMATES SIGNATURE                DATE/TIME                APPROVED BY

**********************************************************************

DESCRIBE ALL PROPERTY GIVEN: _____

_____

_____

BANKING CLERK/OFFICER            BADGE NO.            DATE/TIME

INFORMATION DESK RELEASING OFFICER   BADGE NO.        DATE/TIME

SIGNATURE OF PERSON RECEIVING PROPERTY            DATE/TIME

(Cc.' File)

FORM 351-011   (Revised Sept. 89)

Exhibit E